**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **ENSLEY REVITALIZATION COMMITTEE LLC, et al.,** | } | |
| | } | |
| | } | |
| **Plaintiffs,** | } | |
| | } | **Case No.:  2:17-cv-00883-RDP** |
| **v.** | } | |
| | } | |
| **UNITED STATES STEEL CORPORATION,** | } | |
| | } | |
| **Defendant.** | | |

**<u>ORDER OF DISMISSAL</u>**

This case is before the court on the motion of several plaintiffs in this action to dismiss their claims with prejudice. (Doc. # 89). The court previously dismissed this case without prejudice to Plaintiffs' right to file a motion to enforce the settlement or to reopen the case based on Defendant's noncompliance with the settlement agreement. (Doc. # 87). Subsequently, several of the plaintiffs decided they no longer wished to participate in this action. (Doc. # 89). Those plaintiffs have asked the court to dismiss their claims with prejudice. Their motion (Doc. # 89) is **GRANTED**. The claims of Plaintiffs Martha Covington, Perry Lee Ellis, Donnell Sanders, Emma Williams, Shelia Hampton, and Patricia Fann are **DISMISSED WITH PREJUDICE**.

As stated in the court's prior order (Doc. # 87), the remaining Plaintiffs' claims will be dismissed with prejudice once the parties submit a joint stipulation of dismissal with prejudice after all settlement documentation is complete and the key terms of the settlement have been implemented.

**DONE** and **ORDERED** this March 5, 2019.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE