UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ENSLEY REVITALIZATION COMMITTEE LLC, et al.,** } } } | |
| **Plaintiffs,** } } | |
| } | Case No.: 2:17-cv-00883-RDP |
| v. } } | |
| **UNITED STATES STEEL CORPORATION,** } } | |
| **Defendant.** | |

## ORDER OF DISMISSAL

In accordance with the parties' Joint Stipulation of Dismissal with Prejudice (Doc. # 94), filed June 4, 2019, the court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITH PREJUDICE**. The parties are to bear their own costs, expenses, and attorney's fees.

**DONE** and **ORDERED** this June 4, 2019.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE